**SEALED**

FILED by _____ D.C.

NOV 21 2013

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60284-CR-Cohn

18 U.S.C. § 1591(a)(1)
18 U.S.C. § 1594(c)

UNITED STATES OF AMERICA

v.

BRANDON ROBINSON,
    a/k/a "Ace,"
JOSE JONES,
    a/k/a "Chico,"
ANDRE HOLSTON,
    a/k/a "Smurf," a/k/a "Deon Render"
EVERSON FLOWERS,
    a/k/a "Boomer,"
KERRY BULLOCK,
    a/k/a/ "Kellogg,"
VIDAL STUBBS,
    a/k/a "C.J.," and
KENNETH RAY,

    Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

From in or around July, 2013, and continuing until on or about the date of this Indictment, the exact dates being unknown to the Grand Jury, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

BRANDON ROBINSON,
a/k/a "Ace,"
JOSE JONES,
a/k/a "Chico,"
ANDRE HOLSTON,
a/k/a "Smurf," a/k/a Deon Render,

**EVERSON FLOWERS,**
a/k/a "Boomer,"
**KERRY BULLOCK,**
a/k/a/ "Kellogg,"
**VIDAL STUBBS,**
a/k/a "C.J.," and
**KENNETH RAY,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, knowing, and in reckless disregard of the fact, that such person had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(l) and (b)(2); all in violation of Title 18, United States Code, Section 1594 (c).

## COUNT 2

From on or about July 25, 2013, until on or about September 21, 2013, the exact dates being unknown to the Grand Jury, in Broward County, in the Southern District of Florida, the defendant,

**BRANDON ROBINSON,**
a/k/a "Ace,"

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, Z.G., knowing, and in reckless disregard of the fact, that Z.G. had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2) and 2.

2

## COUNT 3

On or about August 28, 2013, in Broward County, in the Southern District of Florida, the defendant,

**BRANDON ROBINSON,**
a/k/a "Ace,"

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, M.Y., knowing, and in reckless disregard of the fact, that M.Y. had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2) and 2.

## COUNT 4

From on or about July 30, 2013, until on or about September 23, 2013, the exact dates being unknown to the Grand Jury, in Broward County, in the Southern District of Florida, the defendant,

**JOSE JONES,**
a/k/a "Chico,"

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, L.J., knowing, and in reckless disregard of the fact, that L.J. had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2) and 2.

## COUNT 5

From on or about August 1, 2013, until on or about September 29, 2013, the exact dates being unknown to the Grand Jury, in Broward County, in the Southern District of Florida, the defendant,

**ANDRE HOLSTON,**
a/k/a "Smurf," a/k/a "Deon Render,"

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, T.C., knowing, and in reckless disregard of the fact, that T.C. had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2) and 2.

## COUNT 6

From on or about October 1, 2013, until on or about October 9, 2013, in Broward County, in the Southern District of Florida, the defendant,

**EVERSON FLOWERS,**
a/k/a "Boomer,"

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, T.C., knowing, and in reckless disregard of the fact, that T.C. had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2) and 2.

## COUNT 7

On or about October 3, 2013, in Broward County, in the Southern District of Florida, the defendant,

**EVERSON FLOWERS,**
a/k/a "Boomer,"

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, M.J., knowing, and in reckless disregard of the fact, that M.J. had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2) and 2.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
COREY STEINBERG
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                              CASE NO. _____

vs.
                                                      **CERTIFICATE OF TRIAL ATTORNEY***
**BRANDON ROBINSON, et al**

                    **Defendants.**
_____/             **Superseding Case Information:**

**Court Division**: (Select One)                      New Defendant(s)    ___ Yes    ___ No
                                                      Number of New Defendants _____
    Miami ___     Key West ___                       Total number of counts     _____
    FTL **X**     WPB ___     FTP ___

I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect    _____

4. This case will take    5    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                (Check only one)

   I    0 to  5 days    **X**                      Petty      ___
   II   6 to 10 days    ___                        Minor      ___
   III  11 to 20 days   ___                        Misdem.    ___
   IV   21 to 60 days   ___                        Felony     **X**
   V    61 days and over ___

6. Has this case been previously filed in this District Court?    _____ (Yes or No)
   If yes:
   Judge: _____    Case No. _____
         (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    ~~NO~~   (Yes or No)
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case?    _____ (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    **X** No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes    **X** No

                                        _____
                                        COREY STEINBERG
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Florida Bar No./Court 0563234

Penalty Sheet(s) attached                                         REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** BRANDON ROBINSON

**Case No:** _____

Count 1:
Conspiracy to Commit Sex Trafficking of Minors

Title 18, United States Code, Section 1594(c)
**\*Max. Penalty:** Life, $250,000 fine, 5 years up to life supervised release

Counts 2-3:
Sex Trafficking of Minors

Title 18, United States Code, Section 1591(a)
**\*Max. Penalty:** Maximum of life (mandatory minimum 10 years), $250,000 fine, 5 years up to life supervised release

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JOSE JONES

**Case No:** _____

Count 1:
Conspiracy to Commit Sex Trafficking of Minors

Title 18, United States Code, Section 1594(c)
**\*Max. Penalty:** Life, $250,000 fine, 5 years up to life supervised release

Count 4:
Sex Trafficking of Minors

Title 18, United States Code, Section 1591(a)
**\*Max. Penalty:** Maximum of life (mandatory minimum 10 years), $250,000 fine, 5 years up to life supervised release

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: ANDRE HOLSTON

**Case No**:_____

Count 1:
Conspiracy to Commit Sex Trafficking of Minors

Title 18, United States Code, Section 1594(c)
**\*Max. Penalty:**   Life, $250,000 fine, 5 years up to life supervised release

Counts 5:
Sex Trafficking of Minors

Title 18, United States Code, Section 1591(a)
**\*Max. Penalty:**   Maximum of life (mandatory minimum 10 years), $250,000 fine, 5 years up to life supervised release

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: EVERSON FLOWERS

**Case No**:_____

Count 1:
Conspiracy to Commit Sex Trafficking of Minors

Title 18, United States Code, Section 1594(c)
*__Max. Penalty__:   Life, $250,000 fine, 5 years up to life supervised release

Count 6-7:
Sex Trafficking of Minors

Title 18, United States Code, Section 1591(a)
*__Max. Penalty__:   Maximum of life (mandatory minimum 10 years), $250,000 fine, 5 years up to life supervised release

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: KERRY BULLOCK

**Case No**:_____

Count 1:
Conspiracy to Commit Sex Trafficking of Minors

Title 18, United States Code, Section 1594(c)
*Max. Penalty:   Life, $250,000 fine, 5 years up to life supervised release

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: VIDAL STUBBS

**Case No**: _____

Count 1:
Conspiracy to Commit Sex Trafficking of Minors

Title 18, United States Code, Section 1594(c)

**\*Max. Penalty:**   Life, $250,000 fine, 5 years up to life supervised release

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name**: KENNETH RAY

**Case No**:_____

Count 1:
Conspiracy to Commit Sex Trafficking of Minors

Title 18, United States Code, Section 1594(c)
*Max. Penalty:   Life, $250,000 fine, 5 years up to life supervised release

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**