UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __13-60284-CR-COHN__

UNITED STATES OF AMERICA

vs.

KENNETH RAY,

       Defendant.
_____/

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice Indictment # 13-60284-CR-JIC against defendant KENNETH RAY (DOB 02/10/1981) only.

                                              Respectfully submitted,

                                              _Thomas J. Mulvihill for_
                                              WIFREDO A. FERRER
                                              UNITED STATES ATTORNEY

cc:    U.S. Attorney (Francis Viamontes, AUSA)
       U.S. Marshal
       Chief Probation Officer
       Pretrial Services
       Special Agent

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 2/13/14

                                              JAMES I. COHN
                                              UNITED STATES DISTRICT COURT JUDGE