UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60284-CR-COHN(s)

UNITED STATES OF AMERICA

v.

BRANDON ROBINSON,
JOSE JONES,
ANDRE HOLSTON,
EVERSON FLOWERS,
KERRY BULLOCK, and
VIDAL STUBBS.
           Defendants,
_____/

## GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Notice of Intent to Introduce Expert Testimony.

The United States hereby provides notice that, at trial, it may call Terri D. Patterson, a Special Agent and Behavioral Profiler at the Federal Bureau of Investigation.  Special Agent Patterson, who has a Phd in psychology, will testify about the dynamics between a pimp and his victims.

Special Agent Patterson will also testify about the typical tactics pimps use to recruit and maintain control over their victims. For example, Special Agent Patterson will explain that pimps use different tactics, including romance, love and affection and violence or emotional abuse to maintain control over their victims.   Additionally, Agent Patterson will describe how pimps train their victims on what to say if contacted or interviewed by law enforcement.   Agent Patterson will testify how victims typically are reluctant to cooperate with law enforcement due to fear of retaliation or emotional connections with their pimp.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: *s/ Francis Viamontes*
Francis I. Viamontes
Assistant United States Attorney
Fla Bar No. 605514
500 East Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Telephone (305) 660-5688
Email: francis.viamontes@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20, 2014, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system.

*s/ Francis Viamontes*
Francis I. Viamontes
Assistant United States Attorney