**TERRI D. PATTERSON**

**Federal Bureau of Investigation**
**National Center for the Analysis of Violent Crime (NCAVC)**
**Behavioral Analysis Unit III**
**Quantico, Virginia 22135**
Email: terri.patterson@ic.fbi.gov
Telephone: 703-632-4222
Fax:   703-632-4350

EDUCATION

| | |
|---|---|
| 2009 | Ph.D. (Legal Psychology): Florida International University, Miami, Florida<br>Dissertation:   The effect of cognitive load on deception. |
| 2006 | M.A. (Cognitive Psychology):   Florida International University, Miami, Florida<br>Thesis:   Consistency and Accuracy in Memory:   Effects of schema-typicality, retention interval and question-format. |
| 1992 | M.S. (Clinical Psychology):   Radford University, Radford, Virginia<br>Practicum:   Virginia Department of Corrections; Sex offender assessment and treatment. |
| 1991 | BA (Psychology):   Mars Hill College, Mars Hill, North Carolina |

EMPLOYMENT

| | |
|---|---|
| 2011-2012 | Unit Chief, Federal Bureau of Investigation |
| 2005-2011 | Supervisory Special Agent, Federal Bureau of Investigation (Miami Field Office, FBI Headquarters, and Behavioral Analysis Unit III) |
| 1997-2005 | Special Agent, Federal Bureau of Investigation |
| 1993-1997 | Mental health professional, Virginia Department of Corrections |
| 1996-1997 | Adjunct faculty member, Paul D. Camp Community College, Suffolk, Virginia |
| 1995-1996 | Contract mental health provider, Suffolk Community Services Board, Suffolk, Virginia |

1992            Wytheville Battered Women's Shelter, Wytheville, Virginia

RESEARCH AND PUBLICATIONS

Fisher, R.P. and Patterson, T.P. (2010).   Cognitive Load and Deception Detection. 4th International Investigative Interviewing Conference. Belgium, August 2010.

Patterson, Terri, "The effect of cognitive load on deception" (2009).   FIU Electronic Thesis and Dissertations. Paper 121. http://digitalcommons.fiu.edu/etd/121.

Patterson, Terri (2007).   Child Sex Tourism: A dark journey.   The FBI Law Enforcement Bulletin, Vol 76, 2007, 16-21.

Fisher, R.P. and Patterson, T.P. (2005).   The relationship between consistency and accuracy in eyewitness memory.   Annual Conference of the American Psychology and Law Society.   La Jolla, California, March, 2005.

Patterson, T.P. and Fisher, R.P. (2004).   Consistency in memory for schema-typical and schema-atypical items.   Annual Conference of the American Psychology and Law Society.   Scottsdale, Arizona, March 2004.

Patterson, Terri, "Consistency and accuracy in memory: Effects of schema-typicality, retention interval and question-format" (January 2004).   ProQuest ETD
Collection for FIU.   Paper AAI 1425751.

PROFESSIONAL COMMITTEES

| | |
|---|---|
| 2011 - Present | Member of American Psychological Association Task Force on Trafficking of Women and Girls.   Washington, DC. |
| 2007 | Member of Committee on Developing the Human Trafficking Curriculum for Florida law enforcement officer certification course.   Tallahassee, Florida. |
| 1995-1997 | Member of Virginia's Sex Offender Program Action Committee (SOPAC), a multidisciplinary committee charged with the development and improvement of sex offender assessment and treatment in Virginia. |

PROFESSIONAL PRESENTATIONS (PAST THREE YEARS)

August, 2012        Patterson, Terri.   Sexual Exploitation of Children and the Grooming Process.   Presented at the Florida Sex Crimes Investigators Association annual conference.   Sarasota, Florida.

August, 2012        Patterson, Terri.   Commercial Sexual Exploitation of Children. Presented at the Dallas Crimes Against Children annual conference.   Dallas, Texas.

July, 2012        Patterson, Terri.   BAU Innocence Lost Case Studies and Analysis.   Presented at the annual Innocence Lost Coordinators Meeting.   Chicago, IL.

July, 2012        Patterson, Terri.   Compliant Child Victims of Commercial Sexual Exploitation: Interview Considerations.   Miami, FL.

June, 2012        Patterson, Terri.   Victim Risk Factors in Commercial Sexual Exploitation.   Long Island, New York.

June, 2012        Patterson, Terri.   Sexual Exploitation of Children and Child Prostitution.   Mid-Atlantic Violent Crimes Seminar.   Annapolis, MD.

May, 2012        Patterson, Terri.   Victim Risk Factors in Commercial Sexual Exploitation.   Salt Lake City, Utah.

April, 2012        Patterson, Terri and Hoffer, Tia.   Sexual Exploitation of Children and Recidivism.   Presented at the National Combating Child Exploitation Conference.   Atlanta, Georgia.

February, 2012        Patterson, Terri and Hoffer, Tia.   Sexual Exploitation of Children and Recidivism.   Presented at the National Project Safe Childhood    Training.   Columbia, SC.

January, 2012        Patterson, Terri and Connell, Katherine.   Sexual Exploitation of Children and Interviewing the Compliant Victim.   Presented at the    2012 Conference on Child and Family Maltreatment.   San Diego, CA.

September, 2011        Patterson, Terri.   BAU Innocence Lost Case Studies and Analysis.   Presented at the annual Innocence Lost Coordinators Meeting.   Chicago, IL.

June, 2011        Patterson, Terri.   Interviewing Compliant Victims.   Presented at the    Mid-Atlantic Regional Violent Crimes Symposium.   Annapolis,

|  |  |
|---|---|
|  | MD. |
| November, 2010 | Patterson, Terri.   Commercial Sexual Exploitation of Children: From the mouths of victims. Presented at regional conference for violent crimes investigators.   Albuquerque, NM. |
| August, 2010 | Patterson, Terri.   Investigating International Child Sex Tourism. Presented at regional conference for violent crimes investigators. Los Angeles, CA. |
| March, 2010 | Patterson, Terri.   The Investigation of Human Trafficking and Child Prostitution.   Presented at regional conference for violent crimes investigators.   San Antonio, TX. |

PROFESSIONAL PRESENTATIONS TO INTERNATIONAL AUDIENCES

|  |  |
|---|---|
| June, 2012 | Patterson, Terri.   Sexual Exploitation of Children and the Grooming Process.   FBI National Academy Retrainer.   Dalaman, Turkey. |
| September, 2011 | Patterson, Terri.   Sexual Exploitation of Children.   Presented at the Ontario Association of Chiefs of Police.   Toronto, Canada. |
| August, 2011 | Patterson, Terri.   Commercial Sexual Exploitation of Children. Presented to the FBI's International Crimes Against Children Task Force.   Linthicum, MD. |
| August, 2008 | Patterson, Terri.   Human Trafficking and Sexual Exploitation of Children.   Presented to a visiting delegation of Spanish legislators and judges. Washington, D.C. |
| May, 2008 | Patterson, Terri.   Investigating Sexual Exploitation of Children and Child Prostitution.   Presented to law enforcement, non-government organization representatives and prosecutors. San Jose, Costa Rica. |
| April, 2008 | Patterson, Terri.   Sexual Exploitation of Children.   Latin American Law Enforcement Executive Development Seminar (LALEEDS).   Santiago, Chile. |
| 2006 | Patterson, Terri and Canning, Kathleen.   Investigating Crimes Against Children.   International Law Enforcement Academy, Bangkok, Thailand. |
| 2005 | Patterson, Terri.   Sexual Exploitation of Children.   Bangkok, |

|      |      |
|------|------|
|      | Thailand. |
| 2004 | Patterson, Terri.  Human Trafficking Investigations.  Presented in conjunction with the Department of Justice, Child Exploitation Obscenity Section to law enforcement officers and prosecutors.  Belize City, Belize. |
| 2004 | Patterson, Terri.  Sexual Exploitation of Children.  Managua, Nicaragua. |
| 2004 | Patterson, Terri.  Sexual Exploitation of Children and Child Abduction.  Nassau, Bahamas. |
| 2003 | Patterson, Terri.  Sexual Exploitation of Children.  San Jose, Costa Rica. |

## PROFESSIONAL TRAINING RECEIVED (PAST THREE YEARS)

| | |
|---|---|
| 2012 | Crimes Against Children.  Dallas Crimes Against Children annual conference.  Dallas, Texas. |
| | Sexual Exploitation of Children.  National Combating Child Exploitation Conference.  Atlanta, Georgia. |
| | Sexual Exploitation of Children.  National Project Safe Childhood     Training.  Columbia, SC. |
| | Sexual Exploitation of Children.  2012 Conference on Child and Family Maltreatment.  San Diego, CA. |
| | The Cognitive Interview.  Presented by Dr. Ronald Fisher.  Quantico, Virginia. |
| 2011 | Crimes Against Children. Dallas Crimes Against Children annual conference.  Dallas, Texas. |
| | Child Abduction and Homicide.  International Homicide Investigators Association annual conference.  Washington, DC. |
| 2010 | Criminal Investigative Analysis in Violent Crimes.  NCAVC Regional Conference.  Annapolis, MD. |
| | Interview and Interrogation.  Presented by Reid and Associates.  Asheville, NC. |

The Use of the Psychopathy Checklist - Revised (PCLR).   Presented by Adelle Forth.   Quantico, Virginia.

Recidivism Among Sexual Offenders.   Presented by Michael Seto.   Quantico, Virginia.

Risk Assessment in Violent Offenders.   Presented by Reid Meloy.   Quantico, Virginia.

Traumatic Injury in Child Abuse and Homicide Cases.   Presented by Dr. Tracey Corey.   Quantico, Virginia.

Clinical Disorders in a Forensic Context.   Presented by Dr. Greg Saathoff.   Quantico, Virginia.

Personality Disorders.   Presented by Dr. Philip Erdberg.   Quantico, Virginia.

Seminar in Homicide Investigation.   Presented by Harvard Associates in Police Science, Inc.   Baltimore, MD.