# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

**EXHIBIT AND WITNESS LIST**

**United States v. Jose Jones and Andre Holston**

CASE NUMBER: **13-60284-CR-COHN(s)**

| PRESIDING JUDGE | ASSISTANT UNITED STATES ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. James I. Cohn | Francis Viamontes & Catherine Koontz | Arthur Wallace & Ronald Manto |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/3/2014 | Pauline Snipes | |

| USA. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | M.Y. Birth Certificate |
| 2 | | | | | T.C. Birth Certificate |
| 3 | | | | | L.J. Birth Certificate |
| 4 | | | | | Photo of M.Y. |
| 5 | | | | | Photo of T.C. |
| 6 | | | | | Photo of L.J. |
| 7 | | | | | Z.G. DL Photograph |
| 8 | | | | | Jail Call dated 9/30/2013 time (12:50) |
| 9 | | | | | Recording of undercover operation on 9/23/2013 |
| 10 | | | | | La Quinta Hotel Records 7/30/2013 |
| 11 | | | | | La Quinta Hotel Records 8/30/2013-9/6/2013 |
| 12 | | | | | Homestead Hotel Records 8/4/2013 |
| 13 | | | | | Homestead Hotel Records 9/1/2013-9/2/2013 |
| 14 | | | | | Plantation Inn Records 7/18/2013 |
| 15 | | | | | Plantation Inn Records 7/29/2013 |
| 16 | | | | | Photo of La Quinta Hotel |
| 17 | | | | | Photo of La Quinta Hotel |
| 18 | | | | | Photos of Homestead |
| 19 | | | | | Photos of Homestead |
| 20 | | | | | Photos of Plantation Inn |
| 21 | | | | | Photos of Plantation Inn |
| 22 | | | | | Jail Call (JD) dated 8/30/2013 (15:51) |
| 23 | | | | | Jail Call (JD) dated 8/30/2013 (16:47) |
| 24 | | | | | Jail Call (JD) dated 8/30/2013 (20:27) |

**EXHIBIT AND WITNESS LIST - CONTINUATION**

| | | | | | CASE NO. |
|---|---|---|---|---|---|
| | **United States vs. TEDRIC JAMEIL CHIN** | | | | **13-60218-CR-HURLEY** |

| USA NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 25 | | | | | Jail Call (JD) dated 8/31/2013 (13:01) |
| 26 | | | | | Jail Call (JD) dated 8/31/2013 (20:54) |
| 27 | | | | | Jail Call (JD) dated 9/2/2013 (19:50) |
| 28 | | | | | Jail Call (JJ) dated 9/18/2013 (12:51) |
| 29 | | | | | Jail Call (JJ) dated 10/3/2013 (12:48) |
| 30 | | | | | Jail Call (AH) dated 9/30/2013 (16:24) |
| 31 | | | | | Jail Call (BR) dated 12/8/2013 (19:18) |
| 32 | | | | | Jail Call (BR) dated 12/9/2013 (18:19) |
| 33 | | | | | Jail Call (BR) dated 12/12/2013 (18:34) |
| 34 | | | | | Jail Call (BR) dated 12/12/2013 (20:43) |
| 35 | | | | | Jail Call (BR) dated 12/12/2013 (21:16) |
| 36 | | | | | Jail Call (BR) dated 12/14/2013 (19:01) |
| 37 | | | | | Miranda Rights Waiver Form for Jones |
| 38 | | | | | Picture of Brandon Robinson |
| 39 | | | | | Picture of Brandon Robinson |
| 40 | | | | | Picture of Brandon Robinson |
| 41 | | | | | Picture of Jose Jones |
| 42 | | | | | Z.G. Backpage Ad 21883731 |
| 43 | | | | | ZG Backpage Ad 23401823 |
| 44 | | | | | LJ Backpage ad 23550511 |
| 45 | | | | | LJ Backpage Ad 23354350 |
| 46 | | | | | LJ Backpage Ad 22475444 |
| 47 | | | | | TC Backpage Ad 23387004 |
| 48 | | | | | TC Backpage Ad 23346908 |
| 49 | | | | | TC Backpage Ad 22466333 |
| 50 | | | | | MY Backpage Ad 22767899 |
| 51 | | | | | Backpage.com records of credit card numbers used |
| 52 | | | | | Metro PCS Subscriber information |
| 53 | | | | | Metro PCS Records |
| 54 | | | | | Robinson's Advise of Rights Form |
| 55 | | | | | Jail Call (JD) dated 9/2/2013 (12:55) |

| | | | | | |
|---|---|---|---|---|---|
| 56 | | | | | Jail Call (JJ) dated 9/18/2013 (12:59) |
| | | | | | |
| | | | | | Armando Bringuier, DCF |
| | | | | | Dwayn Smart, DCF |
| | | | | | Nick Masters, BSO |
| | | | | | Tod Smith, Plantation PD |
| | | | | | Greg Murphins, Plantation PD |
| | | | | | Terri Patterson, FBI |
| | | | | | T.C. (a minor) |
| | | | | | Jay Smith, Fort Lauderdale PD |
| | | | | | John Graul, Fort Lauderdale PD |
| | | | | | M.Y. (a minor) |
| | | | | | K.B. (a minor) |
| | | | | | La Quinta Records Custodian |
| | | | | | Plantation inn Records custodian |
| | | | | | Homestead Records Custodian |
| | | | | | Special Agent Elli Bray, FBI |
| | | | | | B.R.( a minor) |
| | | | | | Issa Martin, Backpage.com |
| | | | | | Special Agent Susan Funk Romash, FBI |
| | | | | | John Logis, Fort Lauderdale PD |
| | | | | | Coi Robinson-Barrett |
| | | | | | Kathleen Casey, BSO |
| | | | | | George Nau, FBI |
| | | | | | Kerry Bullock |