UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60284-CR-COHN(s)

UNITED STATES OF AMERICA,

v.

BRANDON ROBINSON,

        Defendant.
_____/

## FACTUAL PROFFER

The United States of America and **BRANDON ROBINSON** ("defendant"), hereby agree that, had this case proceeded to trial, the United States would have proven beyond a reasonable doubt the following facts:

1. On July 25, 2013, the Fort Lauderdale Police Department received a child abuse report from Z.G.'s mother reporting that her daughter was prostituting and living with her boyfriend, ACE. The report indicated that ACE had been physically violent with Z.G. On August 8, 2013, the Plantation Police Department, in response to an anonymous tip, responded to the Plantation Inn and found Jose Jones (hereinafter "CHICO"), Brandon Robinson (hereinafter "ACE") and Z.G. at the hotel. A handgun and marijuana were found in the room. The firearm was seized but could not be tied to any one person. Z.G. was returned to her mother.

2. On October 11, and November 13 2013, the FBI located and interviewed another minor female, B.R. who is believed to be involved with this group of sex traffickers. B.R. described and identified ACE as one of the men who was prostituting young girls out of local hotels. B.R. also identified M.Y. as a minor victim being prostituted by this group of men.

3. On October 15, 2013, the Fort Lauderdale Police Department located and interviewed minor female, M.Y. who is believed to be working with this group of sex traffickers. Through a six-pack photo line-up, M.Y. identified ACE as the man who forced her into prostitution. M.Y. stated that that it began when she and L.J. were picked up by L.J.'s godfather (later identified as KENNETH RAY) and driven to a hotel. Once at the hotel, ACE took pictures of her and posted the pictures in a Backpage.com ad. Once M.Y. was posted on Backpage, ACE left her in a hotel room (La Quinta on Commercial) with a

1

phone that was designated for prostitution dates. CHICO, ACE, L.J. and an unknown adult female were in the room next to M.Y.'s room. That night, M.Y. estimates that she had approximately 50 prostitution dates. ACE collected the money after every date. During two of the dates, ACE remained in the bathroom of the hotel room because he did not trust that M.Y. would stay in the room and continue working. When M.Y. first began prostituting for ACE, she was told to answer the work phone that was used to arrange dates. However, several of the customers commented that she sounded very young. For some reason, this angered ACE and according to M.Y., he choked her while she was lying on the bed. Later that same night, M.Y. said she wanted to leave the hotel but ACE pushed her back into the room and said she could not leave. During the morning hours of the next day, M.Y. was able to escape the hotel with a friend. L.J. told her not to leave but she left in spite of the warning. M.Y. later saw the Backpage ad that ACE had posted of her and saw that he had posted her under the name "Kia". L.J.'s email address and CHICO's phone number were listed on the ad.

4. On October 15 and 22, 2013, another minor, T.C., was located and interviewed. T.C. indicated that ACE was prostituting both Z.G. and M.Y. On October 23, 2013, Z.G. was located and interviewed. Z.G. admitted to both dating ACE and prostituting for him. She also admitted that she gave ACE half of the proceeds she earned from prostitution. Z.G. was shown several backpage ads and identified her ad and acknowledged that the phone number listed on the ad belonged to ACE. T.C. in a later interview provided an overview of the group and she indicated that ACE was clearly in charge of the operation and that the other co-conspirators followed his lead.

5. The FBI has obtained jail calls made by an adult female, Jeana Dubois, who was in a relationship with ACE. On several of the calls Dubois made to ACE, ACE talks about "licks" (slang for prostitution dates). On one call, he can be heard acknowledging that L.J. was not yet 18.

6. On a jail call dated December 9, 2013, ACE is overheard asking Jennna Dubois to make sure that minor victim M.Y. is unavailable for trial. When Dubois agrees and tells him that she will find her and beat her, Ace tells Dubois that he means she is to have, "no more oxygen."

7. On 2/21/2014, Coi Robinson-Barrett was interviewed and provided that after responding to an ad under the name of "Cherry", later identified as minor victim T.C., he went to the Plantation Inn and had sexual intercourse with her in exchange for money. On a later date, Barrett met T.C. at the La Quinta Inn and again had sexual intercourse with her in exchange for money. ~~On both occasions Barrett saw both Andre Holston, aka Smurf, and Brandon Robinson, aka, Ace, hanging around outside the hotel room. On one occasion he recalled that after he was finished having sexual relations with T.C. he tried using the~~ L.J.

~~bathroom and upon opening the door he found Robinson in the bathroom. Barrett was unnerved and quickly left the room.~~

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 3/3/2014     By: _____
                        FRANCIS VIAMONTES
                        ASSISTANT UNITED STATES ATTORNEY

Date: 3/3/2014     By: _____
                        STEVEN H. HAGUEL
                        ATTORNEY FOR BRANDON ROBINSON

Date: 3/3/2014     By: _____
                        BRANDON ROBINSON
                        DEFENDANT