UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CRIMINAL MINUTES

HONORABLE JAMES I. COHN

========================================================

CASE NO. 13-60284-CR-COHN   DATE 6-13-14
CLERK Debbie Blay   REPORTER Pauline Stipes
USPO Jessica Manazares   INTERPRETER

UNITED STATES OF AMERICA
vs.

Defendant(s)                     Defense counsel:
1. Andre Holston                 Ronald Manto
2.
3.
4.

AUSA Francis Viamontes and Catherine Koontz

Defendant(s) Present ✓   Not Present ___   In Custody ___

TYPE OF HEARING Restitution Hearing

RESULT OF HEARING Agent Bray testified. The Court finds that the deft shall pay victim "T.C." $14,000 joint + several with the co-defts. No restitution shall be awarded to "M.Y."

========================================================

NEW DATES SET BY COURT

Defense P/T/Motions ___        Trial Date ___
Govt. Resp to P/T/Motions ___  Further S/C ___
Change of Plea ___
[ ] The Court finds that the time between now and the time of
    trial, to wit: ___ thru ___ to be excludable
    pursuant to the Speedy Trial Act.