UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CRIMINAL MINUTES

HONORABLE JAMES I. COHN

==================================================

CASE NO. 13-60284-CR-COHN     DATE 6-13-14
CLERK Debbie Blay            REPORTER Pauline Stipes
USPO Jessica Manzanares      INTERPRETER _____

UNITED STATES OF AMERICA
vs.

Defendant(s)                  Defense counsel:
1. Everson Flowers            Joseph Gibson
2.
3.
4.

AUSA Francis V. Amontes and Catherine Koontz

Defendant(s) Present ✓  Not Present ___  In Custody ___

TYPE OF HEARING  Restitution Hearing
RESULT OF HEARING  Agent Bray testified. The Court finds that the deft shall pay victim "TC" $4,200 joint & several with the other co-defts

==================================================
NEW DATES SET BY COURT
Defense P/T/Motions _____        Trial Date _____
Govt. Resp to P/T/Motions _____  Further S/C _____
Change of Plea _____
[ ] The Court finds that the time between now and the time of
    trial, to wit: _____ thru' _____ to be excludable
    pursuant to the Speedy Trial Act.