UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CRIMINAL MINUTES

HONORABLE JAMES I. COHN

====================================================

CASE NO. **13-60284-CR-COHN**   DATE **6-13-14**

CLERK **Debbie Blay**   REPORTER **Pauline Stipes**

USPO **Jessica Manazares**   INTERPRETER _____

UNITED STATES OF AMERICA
vs.

Defendant(s)   Defense counsel:
1. **Brandon Robinson**   **Steven Haguel**
2. _____
3. _____
4. _____

AUSA **Francis Viamontes and Catherine Koontz**

Defendant(s) Present ____ Not Present ✓ In Custody ____

TYPE OF HEARING **Restitution Hearing**

RESULT OF HEARING **Agent Bray testified. The Court finds that the deft shall pay victim "T.C." $14,000 joint + several with the co-defts. No restitution shall be awarded to "M.Y."**

====================================================
NEW DATES SET BY COURT

Defense P/T/Motions _____   Trial Date _____
Govt. Resp to P/T/Motions _____   Further S/C _____
Change of Plea _____
[ ] The Court finds that the time between now and the time of
    trial, to wit: _____ thru _____ to be excludable
    pursuant to the Speedy Trial Act.