UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CRIMINAL MINUTES

HONORABLE JAMES I. COHN

==========================================================

CASE NO. 13-60284CR COHN      DATE 6-13-14
CLERK Debbie Blair            REPORTER Pauline Stipes
USPO Jessica Manazares        INTERPRETER _____

UNITED STATES OF AMERICA
vs.

Defendant(s)                  Defense counsel:
1. Kerry Bullock              Robert Stickney
2.
3.
4.

AUSA Frances ViAmontes and Catherine Koontz

Defendant(s) Present ✓   Not Present ___   In Custody ___

TYPE OF HEARING Restitution Hearing

RESULT OF HEARING The Government is not seeking restitution from Kerry Bullock.

==========================================================

NEW DATES SET BY COURT

Defense P/T/Motions _____      Trial Date _____
Govt. Resp to P/T/Motions _____   Further S/C _____
Change of Plea _____

[ ] The Court finds that the time between now and the time of
    trial, to wit: _____ thru' _____ to be excludable
    pursuant to the Speedy Trial Act.