AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ROBERTSON et al

## EXHIBIT AND WITNESS LIST

Case Number: 13-60284-CR-COHN

| PRESIDING JUDGE<br>James I. Cohn | PLAINTIFF'S ATTORNEY<br>Francis Viamontes | DEFENDANT'S ATTORNEY |
| --- | --- | --- |
| TRIAL DATE (S)<br>6/13/2014 | COURT REPORTER<br>Pauline Stipes | COURTROOM DEPUTY<br>Debbie Blay |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| w-1 |  | 6/13/2014 |  |  | Agent Bray sworn and testified |
| 49 |  | 6/13/2014 |  | x | Backpage add |
| 47 |  | 6/13/2014 |  | x | Backpage add |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages