```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FT. LAUDERDALE DIVISION

                       Case 13-60284-CR-COHN


UNITED STATES OF AMERICA,

          Plaintiff,
                                           FT. LAUDERDALE, FLORIDA
   vs.
                                           May 8, 2014
EVERSON FLOWERS,

          Defendant.
_____


                     TRANSCRIPT OF SENTENCING
                BEFORE THE HONORABLE JAMES I. COHN,
                  UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:        KATHERINE KOONTZ, A.U.S.A.
                           500 East Broward Blvd., 7th Floor
                           Ft. Lauderdale, FL 33301

FOR THE DEFENDANT:         JOSEPH W. GIBSON, ESQ.
                           19 West Flagler Street, Ste. 720
                           Miami, FL  33130


REPORTED BY:               PAULINE A. STIPES, RPR-CM
                           Official United States Court Reporter
                           Federal Courthouse
                           299 E. Broward Boulevard
                           Ft. Lauderdale, FL  33301
                                      954-769-5496
```

1           THE COURT:  The matter before the Court is United
2  States of America versus Everson Flowers.
3           Mr. Flowers is present.  He is represented by Joseph
4  Gibson.
5           The Government is represented by Assistant United
6  States Attorney Katherine Koontz.
7           February 28TH of this year, Mr. Flowers entered a plea
8  of guilty to Counts 6 and 7.  Each of the counts charge sex
9  trafficking of minors, 18 U.S.C. 1951(a).
10          Upon acceptance, the Court did adjudge him guilty of
11 Counts 6 and 7, ordered a Pre-Sentence Investigation Report and
12 deferred sentence until today's date.
13          Have counsel received a copy of the Pre-Sentence
14 Report?
15          Ms. Koontz?
16          MS. KOONTZ:  Yes, Your Honor.
17          THE COURT:  Mr. Gibson?
18          MR. GIBSON:  Yes.
19          THE COURT:  Mr. Flowers, have you received a copy of
20 the Pre-Sentence Report?
21          THE DEFENDANT:  Yes, Your Honor.
22          THE COURT:  Are there any matters in dispute?
23          MR. GIBSON:  Yes, Your Honor.
24          THE COURT:  Okay.  You may proceed.
25          MR. GIBSON:  We filed a timely objection to the

1  Pre-Sentence Report, essentially, objecting to 75, 78, 83, 86,
2  and cite the basis, T.C. was not introduced into prostitution
3  by Mr. Flowers.  She was engaged as a prostitute and we cite
4  legal authority, United States versus Watkins, for the
5  proposition that the enhancements meted out to Mr. Flowers are
6  duplicative.  There is no indication in the PSR or the factual
7  proffer that he used any force or drugged or influenced these
8  young ladies, understanding that the rat tail behind the
9  enhancement is the minors.  That is what he pled guilty to.
10         The Guidelines are not supposed to be imposed in a
11  duplicative fashion punishing the act or status multiple times.
12         I don't have much to add to what we put in writing.
13         I saw from the SBO that their response in the form of
14  an addendum, they reflect that we object to the enhancements in
15  paragraph 78 and 86.
16         They take the position that the enhancements properly
17  applied, quote, while the base offense level takes into account
18  the victims were under the age of 18 years and not duplicative
19  for the enhancement being a vulnerable victim.
20         There is nothing to indicate that the person was
21  infirm or there was any vulnerability other than the status of
22  non-age.
23         I am looking at this and I can understand the
24  calculus.
25         I don't understand how Mr. Flowers is held accountable

1  for the activities of another person.  Understanding, simply in
2  October Mr. Flowers made the introduction, the young lady was
3  already engaged in acts of prostitution prior to that date.
4          The conspiracy was ongoing prior to October, unless I
5  am misreading it, and that Mr. Flowers engaged in what he
6  engaged in at that time, but the young lady had already -- was
7  already engaged in that activity.
8          So, then, to conflate enhancements on a statute that
9  provides for a penalty enhancement, if you will, because
10 Mr. Flowers does not have a criminal history, what we are
11 talking about here are years in prison.
12         It is our position that the punishment is meted out in
13 the statute and these enhancements are duplicative and for
14 those reasons unfair.
15         THE COURT:  All right.
16         Ms. Koontz.
17         MS. KOONTZ:  Your Honor, we would actually agree with
18 Mr. Gibson in that T.C. was not introduced into prostitution by
19 Mr. Flowers; however, we do agree that she was vulnerable in
20 that she resided in a group home.  He knew this.  She was a run
21 away, had a history.  She was a victim that he did choose to
22 target and promote her as a prostitute.  We do not believe it
23 is duplicative and we stand by Probation's argument.
24         MR. GIBSON:  May I engage in a brief surrebuttal?
25         The Guideline says unusually vulnerable due to age,

1  physical or mental condition.

2         The age portion I guess we can all agree is covered by
3  the statute.  I have not seen any terms that being in a group
4  home makes you more vulnerable.

5         I know what the burden is here.  If the child was not
6  already engaged in prostitution -- and seems to me that the
7  person that introduced this child into prostitution is the
8  person that should be enhanced.

9         I am not aware of any psychiatric data that supports
10 the notion from USPO -- I am not trying to be overly
11 adversarial here -- of, quote, emotional susceptibility.

12        I don't know where that derives from.

13        I am not aware of these children being evaluated so
14 they would be DSM-4, diagnosis of emotional susceptibility.

15        I do have real questions a child who earlier engages
16 in prostitution, holds themselves out as an adult, runs away
17 from the foster home, there is no reliable evidence in the
18 record that Mr. Flowers had any hand in having them escape from
19 the group home.  That is something they did before and after
20 they met Mr. Flowers.

21        Again, to go back to the emotional susceptibility to
22 criminal conduct.  I don't know where that comes from.  I don't
23 think there is any data to support it even to a preponderance
24 standard.

25        THE COURT:  What evidence does the Government have to

1  support the enhancement for vulnerable victim?
2          MS. KOONTZ:  Your Honor, I believe, as it relates to
3  this case, it has to do with the child's history, history of
4  not having a stable home.
5          THE COURT:  Being a run away.
6          MS. KOONTZ:  Having been a run away, the defendant
7  knowing this and being at the group home.
8          There are victims by the very nature are vulnerable
9  and susceptible to individuals that unduly influence them.
10 They know what to say and what to do to get these girls to do
11 what they want.
12         I believe that would be the vulnerability here.
13         THE COURT:  All right.  Application note number two to
14 Section 3A1.1 reads that for purposes of this section,
15 vulnerable victim means a person, A, who is a victim of the
16 offense of conviction and any conduct for which the defendant
17 is accountable under Section 1B1.1.3, and, B, who is unusually
18 vulnerable due to age, physical or mental condition or who is
19 otherwise particularly susceptible to criminal conduct.
20         And it would appear to me that, in light of this
21 child's history being a run away, that the child would be
22 particularly susceptible to the criminal conduct.
23         MR. GIBSON:  Your Honor, I make room for that if there
24 were any reliable information regarding Mr. Flowers knowing
25 this at the time he picked up the young ladies outside the

1  group home.  I understand there was another young lady who made
2  the introduction.
3           THE COURT:  But does this enhancement require
4  knowledge on the part of the defendant?
5           MR. GIBSON:  I would assume so, Your Honor, otherwise,
6  it is a status situation, and that status goes back to the
7  finding unusually susceptible by some intelligence other than
8  common sense.
9           You can't hold a person responsible for not knowing.
10           THE COURT:  You know what, you are right.
11           The guideline itself says if the defendant knew or
12  should have known.
13           So, there is a requirement of knowledge.
14           Now, I will ask the Government, is there evidence that
15  Mr. Flowers knew or should have known that this individual was
16  a run away?
17           MS. KOONTZ:  I don't know exactly what he knew.  I
18  know for a fact he did on numerous occasions pick her up at the
19  group home --
20           Hold on one second, Your Honor.
21           THE COURT:  Okay, sure.
22           MS. KOONTZ:  Not only would he pick her up at the
23  group home but take her to various hotels to prostitute and,
24  therefore, kind of staying away, making her a run away status.
25           THE COURT:  I think picking her up at the group home

1 is sufficient knowledge of her status.
2        I find by a preponderance of the evidence that it has
3 been established that the victim was vulnerable and that the
4 defendant knew or should have known of that vulnerability.
5        I am going to respectfully overrule that objection.
6        Now, the other objection, 2G1.3 (B)(2)(B).
7        The Court finds by a preponderance of the evidence
8 that enhancement would also apply, and the Court adopts the
9 response of the U.S. Probation in the addendum to the
10 Pre-Sentence Report.
11       The total offense level will be 37, criminal history
12 category is one, advisory imprisonment range is 210 to 262
13 months.  Probation is not authorized.  Supervised release range
14 is five years to life.  The fine range is $20,000 to $200,000.
15       Restitution to be determined and there is a mandatory
16 special assessment of $200.
17       MR. GIBSON:  Your Honor, I should have briefed this, I
18 apologize, I didn't.
19       Recent United States Supreme Court ruling with respect
20 to striking the restitutionary aspects of these types of
21 crimes, I understand that, factually, the cases may not be
22 aligned as I understand the case anecdotally there was an image
23 on line of a child, and there was a question of damages to be
24 derived from that image.
25       THE COURT:  I am aware of that case, and if the

1  Government elects to proceed with a restitution hearing, and I
2  don't know whether they are or not at this point, we will set
3  one, and I would hear argument relating to the issue raised in
4  that recent Supreme Court decision at that time.
5           MR. GIBSON:  I apologize, Your Honor.
6           THE COURT:  No.  Since the Court is going to defer
7  ruling on restitution, since the Government is not prepared to
8  proceed today on restitution, the Court will hear that argument
9  at that time.
10          All right.  Does the Government have a recommendation?
11          MS. KOONTZ:  Yes, Your Honor, in the plea agreement,
12 we agreed to recommend 15 years.
13          THE COURT:  180 months.
14          MS. KOONTZ:  That is correct.  That is what the
15 Government will recommend today.
16          THE COURT:  That is with 20 years supervised release.
17          MS. KOONTZ:  That is correct.
18          THE COURT:  Mr. Gibson?
19          MR. GIBSON:  I would ask for leniency.
20          I understand the draconian nature of these laws, and I
21 really support the policy basis; but, given the fact of the
22 lack of criminal history of this defendant does not have a
23 history as he stands or sits in front of you being a
24 recidivist.
25          The cost to the taxpayers to house him for 15 years, I

1  am sure going to be close to -- I am saying this off the top of
2  my head, Your Honor -- a million dollars.  You are going to
3  spend a million dollars to house him for 15 years for an
4  activity, that, well, there is no indication he was involved in
5  prior to this time.  Certainly, he was not a person who lived
6  off the earnings of prostitutes, but for this event upon which
7  he has accepted responsibility and shown remorse.
8          I would ask the Court for leniency.  I understand the
9  Guidelines are advisory.
10         I would ask the Court for a term of years at or under
11 10.
12         I am sitting next to a person who I have only known
13 for the period of time I have been representing him.  He is not
14 a harden criminal.
15         Yeah, he was a Jehovah Witness, Seven Day Adventist,
16 sheltered up bringing, liked the excitement of being up there
17 in the streets, was sucked in by the same streets and finds
18 himself here.
19         I would submit, Your Honor, that the 10 year or less
20 would certainly punish him for these activities that he stands
21 and admittedly is remorseful of.
22         THE COURT:  All right.
23         Mr. Flowers, is there something you would like to say,
24 sir?
25         THE DEFENDANT:  Yes.

```
 1              First and foremost, I want to say I'm truly sorry,
 2    truly sorry for the mistakes I made.  I am sorry towards my
 3    parents.  You know they raised me better.
 4              Being in here for the last five, six months has been
 5    crazy.  It has been a new experience.  I never want to
 6    experience nothing like this again.  Hopefully, I can get
 7    everything back on track and get going.  You know, by the grace
 8    of God, I can get through this.
 9              THE COURT:  The Court has considered the statement of
10    all parties, the Pre-Sentence Report which contains the
11    advisory guidelines, as well as, each of the factors set forth
12    in 18 United States Code, Section 3553(a).
13              The Court finds that Mr. Flowers is financially unable
14    to pay a fine.
15              The bottom of the advisory guideline range is 210
16    months.
17              The Government has recommended a 30 month downward
18    variance which the Court finds is reasonable.
19              The defendant has requested, instead of 180 month
20    sentence, a sentence of no greater than 120 months or 10 years.
21              These crimes involving the exploitation of minors are
22    particularly troubling especially in light of the fact that in
23    many cases, and in this case, the minors exploited are run
24    aways, kids that are already at a disadvantage, and then are
25    used as you would use an item of personal property, in order to
```

1  make money for the defendants involved in this trafficking.
2            I think the Guidelines are there for a reason and
3  having considered the history and characteristics of the
4  defendant and the nature of the crime involved, I think 180
5  month sentence is necessary but not greater than to provide
6  sufficient punishment and adequate deterrence.
7            Therefore, it is the judgment of the Court that the
8  defendant Everson Flowers is committed to the custody of the
9  Bureau of Prisons to be imprisoned for a term of 180 months.
10           The term consists of 180 months as to Counts 6 and 7
11 to be sentenced concurrently.
12           Pursuant to 18 United States Code 3664(d)(5), the
13 victim's losses are not yet ascertainable, therefore, the Court
14 will set a restitution hearing for --
15           THE COURTROOM DEPUTY:  June 13, 2014, 10 a.m..
16           THE COURT:  If the Government decides not to seek
17 restitution, they can cancel that hearing and notify Mr. Gibson
18 of that fact.
19           Upon release from imprisonment, the defendant shall be
20 placed on supervised release for a term of 20 years.
21           This term consists of 20 years as to each of Counts 6
22 and 7 to be served concurrently.
23           Within 72 hours of release, the defendant shall report
24 in person to the Probation Office in the district where
25 released.

1               While on supervised release, the defendant shall not
2   commit any crimes, shall be prohibited from possessing firearms
3   or other dangerous devices, shall not possess a controlled
4   substance, shall cooperate in the collection of DNA and comply
5   with the standard conditions of supervised release including
6   the following special conditions:
7               Association restriction, data encryption restriction,
8   permissible computer examination, computer modum restriction,
9   computer possession restriction, employer computer restriction
10  disclosure; substance abuse treatment, financial disclosure
11  requirement, employment requirement, permissible search, no
12  contact with minors, no contact with minors in employment, no
13  involvement in a youth organization,, restriction of possession
14  of sexual materials, Adam Walsh Act restriction.
15              All as noted in Part G of the Pre-Sentence Report.
16              Additionally, the defendant is ordered to pay
17  immediately a special assessment of $100 as to each of Counts 6
18  and 7 for a total special assessment of $200.
19              Total sentence, 180 months imprisonment, 20 years
20  supervised release and $200 special assessment.
21              MR. GIBSON:  I do have a question regarding the sexual
22  registration.
23              Usually, that is driven by State Statute here in
24  Florida, tier one, two, whatever that tier is.
25              Is there any notion right now as to where Mr. Flowers

1  would fit in as to what type of sexual predator registration he
2  would be required to engage in?
3         The practicabilities of this, Your Honor, there are
4  very few places he can reside in South Florida as a -- the most
5  close fitting sexual registration requirement where he can
6  live.  Schools are eliminated, communities eliminate them.
7         I don't know if I am getting ahead of myself here,
8  Your Honor.  It is a question I thought I needed to ask.
9         THE COURT:  42, United States Code, Section 16901, I
10 don't have that here.
11        MR. GIBSON:  I can follow up on that.
12        THE COURT:  That is the authority.
13        MR. GIBSON:  Your Honor, one last thing.  I hoped that
14 the mother, I was going to put her on very briefly.
15        My client's father has terminal cancer.
16        THE COURT:  I am aware of that.
17        MR. GIBSON:  Quite frankly, over the last 48 hours, a
18 bunch of letters to Judicial Constitutional Officers, I don't
19 think they are persuasive, because everybody does it and
20 everybody has a come to Jesus moment at the time they get
21 sentenced.
22        Because it is so common, I wonder out loud for this
23 record whether it has any persuasive affect, but the letter
24 regarding his father's medical condition, however, where he is
25 terminally ill would be a basis.

1          I would ask for judicial recommendation for him to be
2  housed in South Florida so he could be --
3          THE COURT:  The request is granted.
4          MR. GIBSON:  Thank you.
5          THE COURT:  Sentence has been imposed.  You have the
6  right to appeal the sentence imposed.
7          Any Notice of Appeal must be filed within 14 days
8  after the entry of judgment.
9          If you are unable to pay for the cost of appeal, you
10 may apply for leave to appeal informa pauperis.
11         Does the defendant or counsel object to the Court's
12 finding of fact or the manner in which sentence was pronounced?
13         You maintain your previously asserted objections?
14         MR. GIBSON:  Yes.
15         THE COURT:  He is going to waive being at the
16 restitution hearing?
17         No, he is not?  Okay.  Anything further?
18         MS. KOONTZ:  We ask Count 1 be dismissed.
19         THE COURT:  That motion is granted.
20         MS. KOONTZ:  Thank you, Your Honor.
21         THE COURT:  Okay.  Mr. Gibson, we will see you
22 tomorrow.
23         MS. KOONTZ:  Thank you, Your Honor.
24         (Thereupon, the hearing was concluded.)
25

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription of proceedings in the above-entitled matter.

```
September 12, 2014        \s\ Pauline A. Stipes
_____         _____
     DATE                 PAULINE A. STIPES
                          Official United States Court Reporter
                          299 E. Broward Boulevard
                          Ft. Lauderdale, Fl 33301
954.769.5496
```

# A

above-entitled 16:3
abuse 13:10
acceptance 2:10
accepted 10:7
account 3:17
accountable 3:25 6:17
accurate 16:2
act 3:11 13:14
activities 4:1 10:20
activity 4:7 10:4
acts 4:3
Adam 13:14
add 3:12
addendum 3:14 8:9
Additionally 13:16
adequate 12:6
adjudge 2:10
admittedly 10:21
adopts 8:8
adult 5:16
Adventist 10:15
adversarial 5:11
advisory 8:12 10:9 11:11,15
affect 14:23
age 3:18 4:25 5:2 6:18
agree 4:17,19 5:2
agreed 9:12
agreement 9:11
ahead 14:7
aligned 8:22
America 1:4 2:2
anecdotally 8:22
apologize 8:18 9:5
appeal 15:6,7,9,10
appear 6:20
APPEARANCES 1:13
Application 6:13
applied 3:17
apply 8:8 15:10
argument 4:23 9:3,8
ascertainable 12:13
aspects 8:20
asserted 15:13
assessment 8:16 13:17,18,20
Assistant 2:5
Association 13:7
assume 7:5
Attorney 2:6
authority 3:4 14:12
authorized 8:13
aware 5:9,13 8:25 14:16
aways 11:24
a.m 12:15
A.U.S.A 1:14

# B

B 6:17 8:6,6
back 5:21 7:6 11:7
base 3:17
basis 3:2 9:21 14:25
believe 4:22 6:2,12
better 11:3
Blvd 1:14
bottom 11:15
Boulevard 1:20 16:6
brief 4:24
briefed 8:17
briefly 14:14
bringing 10:16
Broward 1:14,20 16:6
bunch 14:18
burden 5:5
Bureau 12:9

# C

C 16:1,1
calculus 3:24
cancel 12:17
cancer 14:15
can't 7:9
case 1:3 6:3 8:22,25 11:23
cases 8:21 11:23
category 8:12
certainly 10:5,20
certify 16:2
characteristics 12:3
charge 2:8

child 5:5,7,15 6:21 8:23
children 5:13
child's 6:3,21
choose 4:21
cite 3:2,3
client's 14:15
close 10:1 14:5
Code 11:12 12:12 14:9
COHN 1:11
collection 13:4
come 14:20
comes 5:22
commit 13:2
committed 12:8
common 7:8 14:22
communities 14:6
comply 13:4
computer 13:8,8,9,9
concluded 15:24
concurrently 12:11,22
condition 5:1 6:18 14:24
conditions 13:5,6
conduct 5:22 6:16,19,22
conflate 4:8
considered 11:9 12:3
consists 12:10,21
conspiracy 4:4
Constitutional 14:18
contact 13:12,12
contains 11:10
controlled 13:3
conviction 6:16
cooperate 13:4
copy 2:13,19
correct 9:14,17
cost 9:25 15:9
counsel 2:13 15:11
Count 15:18
counts 2:8,8,11 12:10,21 13:17
Court 1:1,19 2:1,1,10,17,19,22,24
  4:15 5:25 6:5,13 7:3,10,21,25 8:7
  8:8,19,25 9:4,6,6,8,13,16,18 10:8
  10:10,22 11:9,9,13,18 12:7,13,16
  14:9,12,16 15:3,5,15,19,21 16:6
Courthouse 1:20
COURTROOM 12:15
Court's 15:11
covered 5:2
crazy 11:5
crime 12:4
crimes 8:21 11:21 13:2
criminal 4:10 5:22 6:19,22 8:11
  9:22 10:14
custody 12:8

# D

damages 8:23
dangerous 13:3
data 5:9,23 13:7
date 2:12 4:3 16:5
Day 10:15
days 15:7
decides 12:16
decision 9:4
defendant 1:8,16 2:21 6:6,16 7:4
  7:11 8:4 9:22 10:25 11:19 12:4,8
  12:19,23 13:1,16 15:11
defendants 12:1
defer 9:6
deferred 2:12
DEPUTY 12:15
derived 8:24
derives 5:12
determined 8:15
deterrence 12:6
devices 13:3
diagnosis 5:14
didn't 8:18
disadvantage 11:24
disclosure 13:10,10
dismissed 15:18
dispute 2:22
district 1:1,1,12 12:24
DIVISION 1:2
DNA 13:4
dollars 10:2,3
don't 3:12,25 5:12,22,22 7:17 9:2
  14:7,10,18
downward 11:17

draconian 9:20
driven 13:23
drugged 3:7
DSM-4 5:14
due 4:25 6:18
duplicative 3:6,11,18 4:13,23

# E

E 1:20 16:1,1,6
earlier 5:15
earnings 10:6
East 1:14
elects 9:1
eliminate 14:6
eliminated 14:6
emotional 5:11,14,21
employer 13:9
employment 13:11,12
encryption 13:7
engage 4:24 14:2
engaged 3:3 4:3,5,6,7 5:6
engages 5:15
enhanced 5:8
enhancement 3:9,19 4:9 6:1 7:3
  8:8
enhancements 3:5,14,16 4:8,13
entered 2:7
entry 15:8
escape 5:18
especially 11:22
ESQ 1:16
essentially 3:1
established 8:3
evaluated 5:13
event 10:6
Everson 1:7 2:2 12:8
everybody 14:19,20
evidence 5:17,25 7:14 8:2,7
exactly 7:17
examination 13:8
excitement 10:16
experience 11:5,6
exploitation 11:21
exploited 11:23

# F

F 16:1
fact 7:18 9:21 11:22 12:18 15:12
factors 11:11
factual 3:6
factually 8:21
fashion 3:11
father 14:15
father's 14:24
February 2:7
Federal 1:20
filed 2:25 15:7
financial 13:10
financially 11:13
find 8:2
finding 7:7 15:12
finds 8:7 10:17 11:13,18
fine 8:14 11:14
firearms 13:2
First 11:1
fit 14:1
fitting 14:5
five 8:14 11:4
Fl 1:15,17,21 16:7
Flagler 1:16
Floor 1:14
Florida 1:1,6 13:24 14:4 15:2
Flowers 1:7 2:2,3,7,19 3:3,5,25 4:2
  4:5,10,19 5:18,20 6:24 7:15
  10:23 11:13 12:8 13:25
follow 14:11
following 13:6
force 3:7
foregoing 16:2
foremost 11:1
form 3:13
forth 11:11
foster 5:17
frankly 14:17
front 9:23
Ft 1:2,6,15,21 16:7
further 15:17

# G

G 13:15
getting 14:7
Gibson 1:16 2:4,17,18,23,25 4:18
  4:24 6:23 7:5 8:17 9:5,18,19
  12:17 13:21 14:11,13,17 15:4,14
  15:21
girls 6:10
given 9:21
go 5:21
God 11:8
goes 7:6
going 8:5 9:6 10:1,2 11:7 14:14
  15:15
Government 1:14 2:5 5:25 7:14 9:1
  9:7,10,15 11:17 12:16
grace 11:7
granted 15:3,19
greater 11:20 12:5
group 4:20 5:3,19 6:7 7:1,19,23,25
guess 5:2
guideline 4:25 7:11 11:15
guidelines 3:10 10:9 11:11 12:2
guilty 2:8,10 3:9

# H

hand 5:18
harden 10:14
head 10:2
hear 9:3,8
hearing 9:1 12:14,17 15:16,24
held 3:25
history 4:10,21 6:3,3,21 8:11 9:22
  9:23 12:3
hold 7:9,20
holds 5:16
home 4:20 5:4,17,19 6:4,7 7:1,19
  7:23,25
Honor 2:16,21,23 4:17 6:2,23 7:5
  7:20 8:17 9:5,11 10:2,19 14:3,8
  14:13 15:20,23
HONORABLE 1:11
hoped 14:13
Hopefully 11:6
hotels 7:23
hours 12:23 14:17
house 9:25 10:3
housed 15:2

# I

image 8:22,24
immediately 13:17
imposed 3:10 15:5,6
imprisoned 12:9
imprisonment 8:12 12:19 13:19
including 13:5
indicate 3:20
indication 3:6 10:4
individual 7:15
individuals 6:9
infirm 3:21
influence 6:9
influenced 3:7
informa 15:10
information 6:24
intelligence 7:7
introduced 3:2 4:18 5:7
introduction 4:2 7:2
Investigation 2:11
involved 10:4 12:1,4
involvement 13:13
involving 11:21
issue 9:3
item 11:25
I'm 11:1

# J

JAMES 1:11
Jehovah 10:15
Jesus 14:20
Joseph 1:16 2:3
JUDGE 1:12
judgment 12:7 15:8
judicial 14:18 15:1
June 12:15

# K

**Katherine** 1:14 2:6
**kids** 11:24
**kind** 7:24
**knew** 4:20 7:11,15,17 8:4
**know** 5:5,12,22 6:10 7:10,17,18 9:2 11:3,7 14:7
**knowing** 6:7,24 7:9
**knowledge** 7:4,13 8:1
**known** 7:12,15 8:4 10:12
**Koontz** 1:14 2:6,15,16 4:16,17 6:2 6:6 7:17,22 9:11,14,17 15:18,20 15:23

**L**

**lack** 9:22
**ladies** 3:8 6:25
**lady** 4:2,6 7:1
**Lauderdale** 1:2,6,15,21 16:7
**laws** 9:20
**leave** 15:10
**legal** 3:4
**leniency** 9:19 10:8
**letter** 14:23
**letters** 14:18
**level** 3:17 8:11
**life** 8:14
**light** 6:20 11:22
**liked** 10:16
**line** 8:23
**live** 14:6
**lived** 10:5
**looking** 3:23
**losses** 12:13
**loud** 14:22

**M**

**maintain** 15:13
**making** 7:24
**mandatory** 8:15
**manner** 15:12
**materials** 13:14
**matter** 2:1 16:3
**matters** 2:22
**means** 6:15
**medical** 14:24
**mental** 5:1 6:18
**met** 5:20
**meted** 3:5 4:12
**Miami** 1:17
**million** 10:2,3
**minors** 2:9 3:9 11:21,23 13:12,12
**misreading** 4:5
**mistakes** 11:2
**modum** 13:8
**moment** 14:20
**money** 12:1
**month** 11:17,19 12:5
**months** 8:13 9:13 11:4,16,20 12:9 12:10 13:19
**mother** 14:14
**motion** 15:19
**multiple** 3:11

**N**

**nature** 6:8 9:20 12:4
**necessary** 12:5
**needed** 14:8
**never** 11:5
**new** 11:5
**non-age** 3:22
**note** 6:13
**noted** 13:15
**Notice** 15:7
**notify** 12:17
**notion** 5:10 13:25
**number** 6:13
**numerous** 7:18

**O**

**object** 3:14 15:11
**objecting** 3:1
**objection** 2:25 8:5,6
**objections** 15:13
**occasions** 7:18
**October** 4:2,4
**offense** 3:17 6:16 8:11
**Office** 12:24
**Officers** 14:18

**Official** 1:19 16:6
**Okay** 2:24 7:21 15:17,21
**ongoing** 4:4
**order** 11:25
**ordered** 2:11 13:16
**organization** 13:13
**outside** 6:25
**overly** 5:10
**overrule** 8:5

**P**

**paragraph** 3:15
**parents** 11:3
**part** 7:4 13:15
**particularly** 6:19,22 11:22
**parties** 11:10
**Pauline** 1:19 16:4,5
**pauperis** 15:10
**pay** 11:14 13:16 15:9
**penalty** 4:9
**period** 10:13
**permissible** 13:8,11
**person** 3:20 4:1 5:7,8 6:15 7:9 10:5 10:12 12:24
**personal** 11:25
**persuasive** 14:19,23
**physical** 5:1 6:18
**pick** 7:18,22
**picked** 6:25
**picking** 7:25
**placed** 12:20
**places** 14:4
**Plaintiff** 1:5
**plea** 2:7 9:11
**pled** 3:9
**point** 9:2
**policy** 9:21
**portion** 5:2
**position** 3:16 4:12
**possess** 13:3
**possessing** 13:2
**possession** 13:9,13
**practicabilities** 14:3
**predator** 14:1
**prepared** 9:7
**preponderance** 5:23 8:2,7
**present** 2:3
**previously** 15:13
**Pre-Sentence** 2:11,13,20 3:1 8:10 11:10 13:15
**prior** 4:3,4 10:5
**prison** 4:11
**Prisons** 12:9
**Probation** 8:9,13 12:24
**Probation's** 4:23
**proceed** 2:24 9:1,8
**proceedings** 16:3
**proffer** 3:7
**prohibited** 13:2
**promote** 4:22
**pronounced** 15:12
**properly** 3:16
**property** 11:25
**proposition** 3:5
**prostitute** 3:3 4:22 7:23
**prostitutes** 10:6
**prostitution** 3:2 4:3,18 5:6,7,16
**provide** 12:5
**provides** 4:9
**PSR** 3:6
**psychiatric** 5:9
**punish** 10:20
**punishing** 3:11
**punishment** 4:12 12:6
**purposes** 6:14
**Pursuant** 12:12
**put** 3:12 14:14

**Q**

**question** 8:23 13:21 14:8
**questions** 5:15
**Quite** 14:17
**quote** 3:17 5:11

**R**

**R** 16:1
**raised** 9:3 11:3
**range** 8:12,13,14 11:15

**rat** 3:8
**reads** 6:14
**real** 5:15
**really** 9:21
**reason** 12:2
**reasonable** 11:18
**reasons** 4:14
**received** 2:13,19
**recidivist** 9:24
**recommend** 9:12,15
**recommendation** 9:10 15:1
**recommended** 11:17
**record** 5:18 14:23
**reflect** 3:14
**regarding** 6:24 13:21 14:24
**registration** 13:22 14:1,5
**relates** 6:2
**relating** 9:3
**release** 8:13 9:16 12:19,20,23 13:1 13:5,20
**released** 12:25
**reliable** 5:17 6:24
**remorse** 10:7
**remorseful** 10:21
**report** 2:11,14,20 3:1 8:10 11:10 12:23 13:15
**REPORTED** 1:19
**Reporter** 1:19 16:6
**represented** 2:3,5
**representing** 10:13
**request** 15:3
**requested** 11:19
**require** 7:3
**required** 14:2
**requirement** 7:13 13:11,11 14:5
**reside** 14:4
**resided** 4:20
**respect** 8:19
**respectfully** 8:5
**response** 3:13 8:9
**responsibility** 10:7
**responsible** 7:9
**restitution** 8:15 9:1,7,8 12:14,17 15:16
**restitutionary** 8:20
**restriction** 13:7,7,8,9,9,13,14
**right** 4:15 6:13 7:10 9:10 10:22 13:25 15:6
**room** 6:23
**RPR-CM** 1:19
**ruling** 8:19 9:7
**run** 4:20 6:5,6,21 7:16,24 11:23
**runs** 5:16

**S**

**s** 16:4
**saw** 3:13
**saying** 10:1
**says** 4:25 7:11
**SBO** 3:13
**Schools** 14:6
**search** 13:11
**second** 7:20
**section** 6:14,14,17 11:12 14:9
**see** 15:21
**seek** 12:16
**seen** 5:3
**sense** 7:8
**sentence** 2:12 11:20,20 12:5 13:19 15:5,6,12
**sentenced** 12:11 14:21
**SENTENCING** 1:11
**September** 16:4
**served** 12:22
**set** 9:2 11:11 12:14
**Seven** 10:15
**sex** 2:8
**sexual** 13:14,21 14:1,5
**sheltered** 10:16
**shown** 10:7
**simply** 4:1
**sir** 10:24
**sits** 9:23
**sitting** 10:12
**situation** 7:6
**six** 11:4
**sorry** 11:1,2,2
**South** 14:4 15:2
**SOUTHERN** 1:1

**special** 8:16 13:6,17,18,20
**spend** 10:3
**stable** 6:4
**stand** 4:23
**standard** 5:24 13:5
**stands** 9:23 10:20
**State** 13:23
**statement** 11:9
**States** 1:1,4,12,19 2:2,6 3:4 8:19 11:12 12:12 14:9 16:6
**status** 3:11,21 7:6,6,24 8:1
**statute** 4:8,13 5:3 13:23
**staying** 7:24
**Ste** 1:16
**Stipes** 1:19 16:4,5
**Street** 1:16
**streets** 10:17,17
**striking** 8:20
**submit** 10:19
**substance** 13:4,10
**sucked** 10:17
**sufficient** 8:1 12:6
**supervised** 8:13 9:16 12:20 13:1,5 13:20
**support** 5:23 6:1 9:21
**supports** 5:9
**supposed** 3:10
**Supreme** 8:19 9:4
**sure** 7:21 10:1
**surrebuttal** 4:24
**susceptibility** 5:11,14,21
**susceptible** 6:9,19,22 7:7

**T**

**T** 16:1,1
**tail** 3:8
**take** 3:16 7:23
**takes** 3:17
**talking** 4:11
**target** 4:22
**taxpayers** 9:25
**term** 10:10 12:9,10,20,21
**terminal** 14:15
**terminally** 14:25
**terms** 5:3
**Thank** 15:4,20,23
**thing** 14:13
**think** 5:23 7:25 12:2,4 14:19
**thought** 14:8
**tier** 13:24,24
**time** 4:6 6:25 9:4,9 10:5,13 14:20
**timely** 2:25
**times** 3:11
**today** 9:8,15
**today's** 2:12
**tomorrow** 15:22
**top** 10:1
**total** 8:11 13:18,19
**track** 11:7
**trafficking** 2:9 12:1
**TRANSCRIPT** 1:11
**transcription** 16:3
**treatment** 13:10
**troubling** 11:22
**truly** 11:1,2
**trying** 5:10
**two** 6:13 13:24
**type** 14:1
**types** 8:20
**T.C** 3:2 4:18

**U**

**unable** 11:13 15:9
**understand** 3:23,25 7:1 8:21,22 9:20 10:8
**understanding** 3:8 4:1
**unduly** 6:9
**unfair** 4:14
**United** 1:1,4,12,19 2:1,5 3:4 8:19 11:12 12:12 14:9 16:6
**unusually** 4:25 6:17 7:7
**use** 11:25
**USPO** 5:10
**Usually** 13:23
**U.S** 8:9
**U.S.C** 2:9

**V**

variance 11:18
various 7:23
versus 2:2 3:4
victim 3:19 4:21 6:1,15,15 8:3
victims 3:18 6:8
victim's 12:13
vs 1:6
vulnerability 3:21 6:12 8:4
vulnerable 3:19 4:19,25 5:4 6:1,8
    6:15,18 8:3

**W**

W 1:16
waive 15:15
Walsh 13:14
want 6:11 11:1,5
Watkins 3:4
West 1:16
Witness 10:15
wonder 14:22
writing 3:12

**Y**

Yeah 10:15
year 2:7 10:19
years 3:18 4:11 8:14 9:12,16,25
    10:3,10 11:20 12:20,21 13:19
young 3:8 4:2,6 6:25 7:1
youth 13:13

**$**

$100 13:17
$20,000 8:14
$200 8:16 13:18,20
$200,000 8:14

**1**

1 15:18
1B1.1.3 6:17
10 10:11,19 11:20 12:15
12 16:4
120 11:20
13 12:15
13-60284-CR-COHN 1:3
14 15:7
15 9:12,25 10:3
16901 14:9
18 2:9 3:18 11:12 12:12
180 9:13 11:19 12:4,9,10 13:19
19 1:16
1951(a) 2:9

**2**

2 8:6
2G1.3 8:6
20 9:16 12:20,21 13:19
2014 1:7 12:15 16:4
210 8:12 11:15
262 8:12
28TH 2:7
299 1:20 16:6

**3**

3A1.1 6:14
30 11:17
33130 1:17
33301 1:15,21 16:7
3553(a) 11:12
3664(d)(5) 12:12
37 8:11

**4**

42 14:9
48 14:17

**5**

500 1:14

**6**

6 2:8,11 12:10,21 13:17

**7**

7 2:8,11 12:10,22 13:18
7th 1:14
72 12:23

720 1:16
75 3:1
78 3:1,15

**8**

8 1:7
83 3:1
86 3:1,15

**9**

954-769-5496 1:21
954.769.5496 16:7